# EXHIBIT A
**Copyright Registrations**

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = Mitchell Victor
Search Results: Displaying 16 of 35 entries

*LOVE WILL FIND A WAY.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002396956 / 2023-01-25 |
| **Application Title:** | LOVE WILL FIND A WAY. |
| **Title:** | LOVE WILL FIND A WAY. |
| **ISRC:** | 4108810085262066 |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Victor Parris Mitchell, 1964- . Address: 6348 S. Marshfield Ave., 1, Chicago, IL, 60636, United States. |
| **Date of Creation:** | 1988 |
| **Date of Publication:** | 1989-02-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | VICTOR ROMEO, pseud. of Victor Parris Mitchell, 1964- (author of pseudonymous work); Citizenship: United States. Authorship: music, lyrics, musical arrangement. |
| **Rights and Permissions:** | Victor Parris Mitchell, 6348 S. Marshfield Ave., 1, Chicago, IL, 60636, United States, (773) 759-3736, mitchellv25@gmail.com |
| **Names:** | Mitchell, Victor Parris, 1964- <br> ROMEO, VICTOR, pseud., 1964- |

**Save, Print and Email (Help Page)**
Select Download Format: Full Record

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Case: 1:24-cv-00496 Document #: 29-1 Filed: 09/30/24 Page 3 of 3 PageID #:138

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = Mitchell Victor
Search Results: Displaying 15 of 35 entries

*LOVE WILL FIND A WAY.*

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000951955 / 2023-01-24 |
| **Application Title:** | LOVE WILL FIND A WAY. |
| **Title:** | LOVE WILL FIND A WAY. |
| **ISRC:** | DEG931490899 |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Victor Parris Mitchell, 1964- . Address: 6348 S. Marshfield Ave., 1, Chicago, IL, 60636, United States. |
| **Date of Creation:** | 1988 |
| **Date of Publication:** | 1989-02-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Victor Romeo, pseud. of Victor Parris Mitchell, 1964- (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: sound recording. |
| **Rights and Permissions:** | Victor Parris Mitchell, 6348 S. Marshfield Ave, 6348 S. Marshfield Ave, Chicago, IL, 60636, United States, (773) 759-3736, mitchellv25@gmail.com |
| **Names:** | Mitchell, Victor Parris, 1964-<br>Romeo, Victor, pseud., 1964- |

**Save, Print and Email (Help Page)**
Select Download Format: Full Record | Format for Print/Save
Enter your email address: [ ] Email

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page