# EXHIBIT A
**Copyright Registrations**



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

Help Search History Titles Start Over

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = Mitchell Victor
Search Results: Displaying 16 of 35 entries

previous next

Labeled View

*LOVE WILL FIND A WAY.*

**Type of Work:** Music
**Registration Number / Date:** PA0002396956 / 2023-01-25
**Application Title:** LOVE WILL FIND A WAY.
**Title:** LOVE WILL FIND A WAY.
**ISRC:** 4108810085262066
**Description:** Electronic file (eService)
**Copyright Claimant:** Victor Parris Mitchell, 1964- . Address: 6348 S. Marshfield Ave., 1, Chicago, IL, 60636, United States.
**Date of Creation:** 1988
**Date of Publication:** 1989-02-14
**Nation of First Publication:** United States
**Authorship on Application:** VICTOR ROMEO, pseud. of Victor Parris Mitchell, 1964- (author of pseudonymous work); Citizenship: United States. Authorship: music, lyrics, musical arrangement.
**Rights and Permissions:** Victor Parris Mitchell, 6348 S. Marshfield Ave., 1, Chicago, IL, 60636, United States, (773) 759-3736, mitchellv25@gmail.com
**Names:** Mitchell, Victor Parris, 1964-
ROMEO, VICTOR, pseud., 1964-

previous next

**Save, Print and Email (Help Page)**
Select Download Format Full Record Format for Print/Save
Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

WebVoyage Record View 1 https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=15&ti=1,15&Sea...

Copyright United States Copyright Office

Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = Mitchell Victor
Search Results: Displaying 15 of 35 entries

previous next

Labeled View

*LOVE WILL FIND A WAY.*

**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000951955 / 2023-01-24
**Application Title:** LOVE WILL FIND A WAY.
**Title:** LOVE WILL FIND A WAY.
**ISRC:** DEG931490899
**Description:** Electronic file (eService)
**Copyright Claimant:** Victor Parris Mitchell, 1964- . Address: 6348 S. Marshfield Ave., 1, Chicago, IL, 60636, United States.
**Date of Creation:** 1988
**Date of Publication:** 1989-02-14
**Nation of First Publication:** United States
**Authorship on Application:** Victor Romeo, pseud. of Victor Parris Mitchell, 1964- (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: sound recording.
**Rights and Permissions:** Victor Parris Mitchell, 6348 S. Marshfield Ave, 6348 S. Marshfield Ave, Chicago, IL, 60636, United States, (773) 759-3736, mitchellv25@gmail.com
**Names:** Mitchell, Victor Parris, 1964-
Romeo, Victor, pseud., 1964-

previous next

Save, Print and Email (Help Page)
Select Download Format Full Record Format for Print/Save
Enter your email address: Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

1 of 1 12/20/23, 9:52 AM