## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Victor Parris Mitchell

                  Plaintiff,

v.

                                      Case No.: 1:24–cv–00496

Carl Cox, et al.

                                      Honorable Franklin U. Valderrama

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Case called at 9:29 and 9:49 a.m. and Plaintiff's counsel did not appear. Defense counsel attempted unsuccessfully to reach Plaintiff's counsel. Only one defendant remains after ruling on initial motion to dismiss. Defendant seeks to proceed with written discovery and potentially discuss resolution. Defendant is currently abroad. Rule 26(a)(1) disclosures due 5/1/26; written discovery to issue by 5/22/26; fact discovery to be completed by 8/28/26. Defendant believes parties may need 2 to 4 depositions. Defendant perceives statute of limitations is a primary issue. Initial round of discovery requests shall be propounded pursuant to the Federal Rules of Civil Procedure, and any additional requests must be made either by agreement between the parties or with Court approval, which will be granted liberally earlier in the discovery process but only with explanation later in the discovery process. Status hearing set for 7/7/26 at 9:15 a.m. Joint status report due by noon on 7/2/26 setting forth the status of written discovery; a deposition schedule; and any other issues the parties wish to raise. Defense counsel inquired about filing of answer; Court directed Defendant to file an answer in line with district court's ruling on the motion to dismiss. If Defendant requires additional time to answer, Defendant shall file a motion before the district court. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.