## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Northern District of Illinois

**Victor Parris Mitchell p/ka Victor Romeo**

Plaintiff(s),

VS.

**Carl Cox, et al.**

Defendant(s).

Attorney: Sean Mulroney

Victor Parris Mitchell
c/o Sean M. Mulroney & Associates, 516 N. Ogden Ave.,
Suite 191
Chicago IL 60607



*354950*

**Case Number: 1:24-cv-00496**

Legal documents received on **04/17/2026** at **3:58 PM** to be served upon **Universal Music Group / Virgin, by serving The Corporation Trust Company at 1209 N Orange St, Wilmington, DE 19801-1120**

I, **William Bailey**, swear and affirm that on **April 20, 2026** at **2:20 PM**, I did the following:

Served **Universal Music Group / Virgin, by serving The Corporation Trust Company** by delivering a conformed copy of the **Alias Summons in a Civil Action; 2nd Amended Complaint; Exhibits** to **Robin Hutt-Banks** as **Authorized Recipient** of **Universal Music Group / Virgin, by serving The Corporation Trust Company** at **1209 N Orange St, Wilmington, DE 19801-1120**.

**Description of Person Accepting Service:**
Sex: Female Age: 45-55 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date:___4/21/2026___

**William Bailey**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:354950



AO 440 (Rev. 06/12) Summons in a Civil Action - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
### for the

### Northern District of Illinois

|  |  |
|---|---|
| **VICTOR PARRIS MITCHELL** <br> *Plaintiff(s)* <br> v. <br> **CARL COX et. al.** <br> *Defendant(s)* | Civil Action No. 1:24-cv-0496 |

### ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Universal Music Group
Virgin
c/o Daisy Montenegro
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sean Mulroney
Sean Mulroney & Associates
516 N Ogden Ave., Suite 191
Chicago, IL 60642
sean@seanmulroney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

August 12, 2025
_____
DATE