AO 440 (Rev. 06/12) Summons in a Civil Action - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

|  |  |  |
|---|---|---|
| **VICTOR PARRIS MITCHELL** | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:24-CV-00496 |
| v. | ) ) ) | |
| CARL COX, PAUL OAKENFOLD, PERFECTO RECORDS ET.AL | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Concord Publishing
10 Lea Ave., Suite 300
Nashville, TN 37201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sean Mulroney
Seaen Mulroney & Associates
516 N Ogden Avenue, Suite 191
Chicago, IL 60642     sean@seanmulroney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



THOMAS G. BRUTON, CLERK

May 28, 2025

_____
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Concord Publishing**
was received by me on *(date)* **6/7/25** .

' I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify):* **mailed by 1st Class mail**
**see attached**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **6/9/25**

*Julie Darling*
*Server's signature*

**JULIE DARLING**
*Printed name and title*

**516 N. ogden #191, Chg, IL 60642**
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| VICTOR PARRIS MITCHELL <br> *Plaintiff* <br> v. <br> CARL COX et. al. <br> *Defendant* | ) ) ) ) ) ) |

Civil Action No.   1:24-CV-0496

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Concord Publishing

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   **21**   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   6/9/25

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

Hi Sean,

USPS certified signature service on 2nd Amended Complaint.

1) Paul Oakenfold
6901 OPORTO DR.
LOS ANGELES CA. 90068
MAIL DATE: 06/05/25
Tracking number: 9589 0710 5270 3303 1224 14
(Expected delivery June 09, 8:00pm)

2) Timothy A. Hudson (UMG/Virgin)
209 S. LASALLE, SUITE 700
CHICAGO, ILLINOIS 60604
Tracking number: 9589 0710 5270 3303 1224 21

3) CONCORD MUSIC PUBLISHING
10 LEA AVE. NASHVILLE, TN. 37210
Tracking number: 9589 0710 5270 3303 1224 38
(Expected delivery Monday June 9, 9:00pm)

4) Bertelsmann Music Group (BMG)
Brown Raysman Millstein Felder and Steiner LLP
C/O: Charles D. Uniman esq.
900 Third Avenue
New York, New York
10022
Tracking number: 9589 0710 5270 3303 1223 53
(Expected delivery Monday June 9, 9:00pm)

5) SONY MUSIC GROUP (RCA)
251 Little Falls Drive,
Wilmington, Delaware
19808
Tracking number: 9589 0710 5270 3303 1223 39
(Expected delivery Monday June 9, 9:00pm)

# Tracking®



**Track Packages Anytime, Anywhere**    Get the free Informed Delivery® feature to receive automated notifications on your packages    Learn Mor

**Tracking Number:**

Re

## 9589071052703303122438

 Copy     Add to Informed Delivery

---

### Latest Update

Your item was delivered to an individual at the address at 10:55 am on July 3, 2025 in NASHVILLE, TN 37210.

---

**Get More Out of USPS Tracking:**

⌕ USPS Tracking Plus®

### ⊘ Delivered

**Delivered, Left with Individual**

NASHVILLE, TN 37210
July 3, 2025, 10:55 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

---

**Text & Email Updates**    ⌄

---

**USPS Tracking Plus®**    ⌄

---

**Product Information**    ⌄

See Less ∧

Track Another Package