**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| VICTOR PARRIS MITCHELL p/k/a Victor Romeo, <br><br> Plaintiff, <br><br> -against- <br><br> CARL COX, PAUL OAKENFOLD, PERFECTO RECORDS, BMG, SONY MUSIC ENTERTAINMENT RCA RECORDS, CONCORD PUB., MARTIN LASCELL, JOEL THOMAS ZIMMERMAN p/k/a DEADMAU5, MAU5TRAP RECORDS, MARK BROWN, CR2 RECORDS LTD, RECORDS, FULL COLOUR RECORDS, REVEALED MUSIC B.V., BIG INSTRUMENTAL PUB, MASSIMO BAUDO JOB SMELTZER p/k/a LA FUNTE ROBERT VAN DE CORUPT p/k/a HARDWELL, VIRGIN, UNIVERSAL MUSIC GROUP., <br><br> Defendants. | Civil Action No. 1:24-cv-00496 <br><br> Honorable Franklin U. Valderrama |

**<u>DECLARATION OF JEFFREY ALLEN IN SUPPORT OF DEFENDANT CONCORD MUSIC PUBLISHING LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT</u>**

I, Jeffrey Allen, declare:

1. I am the Vice President of Business & Legal Affairs, Rights Enforcement at Concord Music Group, Inc. ("CMGI"). My duties and responsibilities include managing litigation and rights enforcement on behalf of the company. CMGI serves as the administrator for Concord Music Publishing LLC ("Concord"). I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. This Declaration is submitted in support of Concord's Motion to Dismiss Plaintiff's Second Amended Complaint.

3.      Attached to this Declaration as Exhibit 1 is a true and correct copy of the search results on the Delaware Secretary of State's website confirming that Concord Music Publishing LLC is a Delaware company.

4.      Concord's principal place of business is in Nashville, Tennessee.

5.      Concord has had no role in obtaining a copyright registration related to Carl Cox's "I Want You (Forever)," neither for the composition nor the sound recording. I confirmed by searching Copyright Office records online at https://publicrecords.copyright.gov/.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 26, 2026

_____
Jeffrey Allen