# EXHIBIT 1



**Department of State: Division of Corporations**

Allowable Characters

HOME

| Entity Details |
| --- |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 6497468 | Incorporation Date / Formation Date: | 7/31/2017 (mm/dd/yyyy) |
| --- | --- | --- | --- |
| Entity Name: | CONCORD MUSIC PUBLISHING LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | CORPORATION SERVICE COMPANY | | |
| --- | --- | --- | --- |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like      Status      Status,Tax & History Information

For help on a particular field click on the Field Tag to take you to the help area.

https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx[6/24/2026 4:39:32 PM]