**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VICTOR PARRIS MITCHELL p/k/a Victor Romeo,<br><br>      Plaintiff,<br><br>      -against-<br><br>CARL COX, PAUL OAKENFOLD, PERFECTO RECORDS, BMG, SONY MUSIC ENTERTAINMENT RCA RECORDS, CONCORD PUB., MARTIN LASCELL, JOEL THOMAS ZIMMERMAN p/k/a DEADMAU5, MAU5TRAP RECORDS, MARK BROWN, CR2 RECORDS LTD, RECORDS, FULL COLOUR RECORDS, REVEALED MUSIC B.V., BIG INSTRUMENTAL PUB, MASSIMO BAUDO JOB SMELTZER p/k/a LA FUNTE ROBERT VAN DE CORUPT p/k/a HARDWELL, VIRGIN, UNIVERSAL MUSIC GROUP.,<br><br>      Defendants. | Civil Action No. 1:24-cv-00496<br><br>Honorable Franklin U. Valderrama |

**DECLARATION OF CARLA M. MILLER IN SUPPORT OF DEFENDANTS UMG RECORDINGS, INC., AND VIRGIN MUSIC GROUP, A DIVISION OF ISOLATION NETWORKS, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

I, Carla M. Miller, declare:

1.      I am the Senior Vice President of Business and Legal Affairs, Litigation Counsel at UMG Recordings, Inc., and its affiliated companies. I have been employed by UMG Recordings, Inc. as a business and legal affairs executive since 2006 and, as such, I am aware of its corporate structures, as well as that of its affiliated legal entities. My duties and responsibilities also include managing all aspects of intellectual property strategy, including pre-release clearances and risk analysis, litigation, internal investigations, AI policy and legislative strategy support. I

have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. This Declaration is submitted in support of UMG Recordings, Inc., and Virgin Music Group, a division of Isolation Networks, Inc.'s (collectively "UMG") Motion to Dismiss Plaintiff's Second Amended Complaint.

3. As reflected in relevant business records, Virgin Music Group is an unincorporated division of Isolation Networks, Inc. Isolation Networks, Inc., and UMG Recordings, Inc., are separate legal entities that share a common ultimate corporate parent, Netherlands-based Universal Music Group N.V. The Second Amended Complaint erroneously refers to "Virgin Records" and "Universal Music Group" as defendants, but companies with those names do not exist within UMG's corporate family. (Although "Universal Music Group" is the colloquial name often used to refer to the entire family of companies).

4. UMG Recordings, Inc. is incorporated in the state of Delaware and maintains its principal place of business in California.

5. Isolation Networks, Inc. is incorporated in the state of California and maintains its principal place of business there.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2026

DocuSigned by:

*Carla Miller*

45A85BED7E0C420...

Carla M. Miller

2